

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2020

No. 04-20-00319-CV

Emily **YOUNG** and Albert Morrison,
Appellants

v.

Eldon **ROALSON**, Roalson Interests Inc., Douglas Miller, II, and Jim Guy Egbert,
Appellees

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 17-09-24412-CV
Honorable Daniel J. Kindred, Judge Presiding

**ORDER**

This appeal is DISMISSED. Costs of this appeal are taxed against appellants.

It is so **ORDERED** on August 5, 2020.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2020.

Michael A. Cruz, Clerk of Court